## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**          *

    **v.**                              *          **Case No.: 1:21-cr-00719**

**CYNTHIA CATHERINE BALLENGER** *
**and**                               *
**CHRISTOPHER JOHN PRICE**

                             *

    **Defendants**                     *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
### CHRISTOPHER JOHN PRICE

I, Steven H. Levin, respectfully move to withdraw as counsel in the above-entitled action on behalf of Christopher Price.  A copy of this motion has been provided to Mr. Price, per the local rules.

Date: December 9, 2021

                                 /s/
                               Steven H. Levin (Federal Bar No: 28750)
                               Rosenberg Martin Greenberg, LLP
                               25 South Charles Street, 21st Floor
                               Baltimore, Maryland  21201
                               slevin@rosenbergmartin.com
                               Phone: (410) 727-6600
                               Fax: (410) 727-1115

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of December 2021, a copy of the foregoing Motion to Withdraw as Counsel for Defendant Christopher John Price was served upon all counsel entitled to service by electronic filing through this Court's ECF system. A copy has also been served separately to Mr. Price.

                               /s/
                               Steven H. Levin

1