#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Complainant,<br>　v.<br><br>CHRISTOPHER PRICE<br><br>*(Styled as <u>USA v. CYNTHIA BALLENGER<br>and CHRISTOPHER PRICE</u>)*<br><br>　　　　　　　Defendant | Criminal Case No.<br><br>1:21-cr-00719-JEB-2<br><br>Assigned to the Honorable<br>James Emanuel Boasberg,<br>District Court Judge |

### MOTION OF DEFENDANT CHRISTOPHER PRICE
### TO CANCEL OR CONTINUE JANUARY 6, 2021 HEARING

COMES NOW Defendant Christopher Price, by counsel, and moves the Court to cancel or postpone the hearing scheduled for January 6, 2022, at I believe 11:00 AM, and for his grounds states as follows:

It is my understanding that the hearing January 6, 2022, was scheduled exclusively to review the legal representation of Christopher Price. Mr. Steven Levin, Esq., had been representing both of the Defendants but on a suggestion that there could be a conflict (which I am not sure there is), Mr. Levin withdrew as to Christopher Price.

I was asked last week to step in to cover for Christopher Price.

It is my understanding that the Court would not be having a hearing before March other than the question of whether Christopher Price has legal counsel.

I would be available to appear by remote connection tomorrow, but I believe that the Court might not require any activity at this time and it would be good for me as new counsel to

get up to speed on the issues in the case.

I am informed that the couple has waived the speedy trial act. Because they are not detained, they are not in a rush to proceed.

Because there are so many cases that have detained defendants or defendants alleged to have played leadership roles on January 6, 2021, it is probably beneficial to give them priority.

## CONSULTATION

Despite the short notice, I sent an inquiry to AUSA Jacob Steiner, but did not get a response back. There was not much time for Mr. Steiner to be able to respond, but I wanted the possibility of a continuance or cancellation to be made aware to the Court. If Mr. Steiner has time to respond, I or we will update the Court.

*Jonathon A. Moseley, Esq.*

Dated: January 5, 2022
RESPECTFULLY SUBMITTED
CHRISTOPHER PRICE, *By Counsel*

*Jonathon A. Moseley, Esq.*

USDCDC Bar No. VA005
Virginia State Bar No. 41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone: (703) 656-1230
Contact@JonMoseley.com
Moseley391@gmail.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 5, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants. From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

  **Jacob Ryan Steiner**
  1331 F ST NW FL 3
  Washington, DC 20004
  202-924-5829
  Jacob.steiner@usdoj.gov
  *Assistant U.S. Attorney*

  **Steven Levin**
  ROSENBERG MARTIN GREENBERG, LLP
  25 South Charles Street
  Suite 21st Floor
  Baltimore, Maryland 21201
  Telephone: (410) 685-0078
  Fax: (410) 727-1115
  slevin@rosenbergmartin.com
  *Attorney for Cynthia Ballenger*

_____
Jonathon Moseley, Esq.