NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                              Criminal Number   1:21-cr-00719-JEB

CYNTHIA BALLENGER, CHRISTOPHER PRICE
        (Defendant)


TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*Nandan Kenkeremath*
(Signature)


PLEASE PRINT THE FOLLOWING INFORMATION:

Nandan Kenkeremath, USDC DC 384732
*(Attorney & Bar ID Number)*

_____
*(Firm Name)*

2707 Fairview Court
*(Street Address)*

Alexandria,   Virginia   22311
*(City)*          *(State)*          *(Zip)*

703-407-9407
*(Telephone Number)*