# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr00719-JEB |
| | : | |
| **CYNTHIA BALLENGER, and** | : | |
| **CHRISTOPHER PRICE,** | : | |

## NOTICE OF FILING
## OF CERTIFICATE OF FAMILIARITY WITH FEDERAL SENTENCING GUIDELINES

With this notice, Nandan Kenkeremath, counsel for Defendants in the above styled case, files the attached Certificate of Familiarity with the Federal Sentencing Guidelines as described in Local Criminal Rule 44.3(b). Note, Mr. Kenkeremath is not currently sole or lead counsel in the instant case at the time of this filing.

Dated: April 11, 2022                                      Respectfully submitted,


/s/ Nandan Kenkeremath

Nandan Kenkeremath
DC Bar 384732
USDC DC 384732
2707 Fairview Court
Alexandria, Virginia 22311
703-407-9407
Email: nandank@comcast.net

*Counsel for Defendants*

ATTACHMENT

CERTIFICATE OF FAMILIARITY WITH SENTENCING GUIDELINES

I, Nandan Kenkeremath, hereby certify that I am familiar with the Federal Sentencing Guidelines.

Dated: April 11, 2022                               /s/ Nandan Kenkeremath

Nandan Kenkeremath
DC Bar 384732
USDC DC 384732
2707 Fairview Court
Alexandria, Virginia 22311
703-407-9407
Email: nandank@comcast.net