UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CYNTHIA BALLENGER, and<br><br>CHRISTOPHER PRICE,<br><br>    Defendants. | Case No. 1:21-cr-00719 (JEB) |

### DEFENDANTS' MOTION TO SUPRESS DATA RECOVERED FROM CERTAIN FACEBOOK ACCOUNTS AND DERIVATIVE EVIDENCE AND TO PROVIDE ANY OTHER APPROPRIATE RELIEF

Defendant Cynthia Ballenger (Cynthia Price) and Defendant Christopher Price, (together Defendants or the Prices) by and through undersigned counsel, respectfully moves this Court, pursuant to the Rule. Pursuant to Fed. R. Crim. P. 12(b)(3), 12 (h) and 4(h) to grant Defendants' Motion to Suppress Data Recovered from Certain Facebook Accounts and Derivative Evidence and to Provide Any Other Appropriate Relief. ("Motion to Suppress") as provided in the attached proposed order.

Dated: February 13, 2023            Respectfully submitted,

/s/ Nandan Kenkeremath
Nandan Kenkeremath
DC Bar 384732
2707 Fairview Court
Alexandria, Virginia 22311
703-407-9407

*Counsel for Defendants*