**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-719 (JEB) |
| | : | |
| **CYNTHIA BALLENGER, and** | : | |
| **CHRISTOPHER PRICE,** | : | |
| | : | |
| **Defendants.** | : | |

**MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE REGARDING THE RELEVANCE OF EVIDENCE AND POTENTIAL DEFENSES AT TRIAL**

The government respectfully requests that the Court permit counsel to file two (2) motions in limine concerning the relevance of potential evidence and potential defenses at trial. The government seeks to leave to file these motions ahead of the pretrial conference date on February 24, 2023. In anticipation of and preparation for trial, the government determined that these motions would resolve potential evidentiary issues prior to trial.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

/s/ Ashley Akers
Ashley Akers
Trial Attorney
MO Bar No. 69601
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, DC 20530
(202) 353-0521
Ashley.Akers@usdoj.gov

/s/ Andrew Haag
ANDREW S. HAAG
Assistant United States Attorney
MA Bar No. 705425
601 D Street, N.W.
Washington, DC 20530
(202) 252-7755
Andrew.Haag@usdoj.gov