**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:21-cr-719 (JEB) |
| : | |
| **CYNTHIA BALLENGER, and** : | |
| **CHRISTOPHER PRICE,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF DEFENDANTS' CONSENT TO FILING EXTENSION

The United States, by and through its attorney, the Untied States Attorney for the District of Columbia, hereby provides notice to the Court that the government communicated with counsel for the defendants regarding the government's motion for extension to file response. ECF No. 110. The defendants consent to the extension, but they would similarly request an extension to file their reply to May 17, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

/s/ Ashley Akers
Ashley Akers
Trial Attorney
MO Bar No. 69601
Detailed to the U.S. Attorney's Office
601 D Street NW
Washington, DC 20530
(202) 353-0521
Ashley.Akers@usdoj.gov

/s/ Andrew Haag
ANDREW S. HAAG
Assistant United States Attorney
MA Bar No. 705425
601 D Street, N.W.
Washington, DC 20530

(202) 252-7755
Andrew.Haag@usdoj.gov