## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CYNTHIA BALLENGER, *et al.*,<br><br>Defendants. | Criminal Action No. 21-719 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' [177] Motion for Reconsideration is GRANTED; and

2. The United States shall refund Defendants Ballenger and Price $570 each.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date:  December 3, 2025